■ ANNEST Y. DUKES et al. v ROTEM. [604 NYS2d 699] — Motion for reargument is denied. Insofar as it seeks leave to appeal to the Court of Appeals the motion is granted, as indicated. Concur—Ellerin, J. P., Asch, Kassal and Rubin, JJ. [This Court's unpublished order of Sept. 28, 1993 (M-3774) is hereby recalled and vacated.]